UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY L. MAGWOOD,
      Plaintiff,

v.                        Case No.   3:12cv442/MCR/CJK

R. COMERFORD, et al.,
      Defendants.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 14, 2013 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's notice of voluntary dismissal, docketed as a motion to dismiss (doc. 6), is GRANTED and this case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

3.     The clerk is directed to close the file.

DONE AND ORDERED this 17th day of July, 2013.

*M. Casey Rodgers*
_____
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

_____

[1] No objections have been filed.